IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARPUBERTITO BONTILAO,

    Petitioner,　　　　　　　　　　No. CIV S-06-2644 FCD CMK P

   vs.

ROBERT A. HOREL, et al.,

    Respondents.　　　　　　　　　FINDINGS & RECOMMENDATIONS

_____/

      By order filed November 22, 2006, petitioner was granted thirty days to file an amended petition for a writ of habeas corpus and to either pay the $5.00 filing fee for a habeas action or file an application to proceed in forma pauperis. To date, petitioner has failed to file such. Petitioner was warned that failure to do so could result in a dismissal of his action.

      The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). A warning that the action may be dismissed as an

1 appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.

2 See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is

3 appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,

4 1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to

5 follow local rules.  See Ghazali, 46 F.3d at 53.

6       Having considered these factors, and in light of petitioner's failure to file an

7 amended habeas petition or to file the required filing fee or a request to proceed in forma

8 pauperis, the court finds that dismissal, without prejudice, is appropriate.

9       IT IS RECOMMENDED that petitioner's complaint be dismissed without

10 prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

11       These findings and recommendations are submitted to the United States District

12 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

13 twenty days after being served with these findings and recommendations, petitioner may file

14 written objections with the court.  The document should be captioned "Objections to Magistrate

15 Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections

16 within the specified time may waive the right to appeal the District Court's order.  See  Martinez

17 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18

19 DATED:  January 5, 2007.

20

21                                          _____
                                         CRAIG M. KELLISON
22                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26